UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CR252-10-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RICHARD ALBINO, | ) | |
| Defendant. | ) | |
| | ) | |

**THE MATTER** before the Court is Defendant's Motion for Permission to Seek Employment (Doc. No. 151) filed December 2, 2009. For the reasons stated in the Defendant's motion, the Court finds that the motion should be granted, and that the Government supports the motion.

**IT IS THEREFORE ORDERED** that the U.S. Probation Office in Columbia, South Carolina, is to allow the Defendant to seek employment as a car salesman, provided that the Defendant is not involved in any financing aspect of any transaction.

**IT IS SO ORDERED.**

Signed: December 21, 2009

Frank D. Whitney
United States District Judge